**MEMO ENDORSED**

July 21, 2022

**VIA ECF**
Honorable Nelson S. Roman
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

RE: *Snyder v. Metro-North Railroad Company*
Doc. No. 7:21-cv-02323-NSR-AEK

Dear Judge Ramon,

The parties jointly request adjournment of the telephonic conference scheduled with the Court on July 29, 2022 to a date after the recently ordered February 21, 2023 discovery deadline. It is the parties' understanding that the upcoming telephonic conference was initially put on the schedule to be a post-discovery conference. The parties recently obtained an extension of the deadline to complete all discovery from Judge Krause to February 21, 2023. See ECF Minute Entry dated July 21, 2022.

The parties respectfully thank the Court for consideration of this request.

Respectfully submitted,

/S/ Scott E. Perry

Scott E. Perry

cc: Gregory C. Damico., Esq. (Via ECF)

---

In light of the extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Status Conf. from July 29, 2022 until March 23, 2023 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 13 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 32.
Dated: White Plains, NY
July 27, 2022
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2022